# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                    CASE NO.  23-20034-DDC/TJJ

MARVIN VAIL,

      Defendant.

# INFORMATION

**THE UNITED STATES ATTORNEY ALLEGES**:

At all times relevant to this Information the following applies.

### Allegations

1. Marvin's Tow Service, Inc. was a sole proprietorship business based in Johnson County, Kansas. Marvin's Tow Service provided typical automobile towing services in the Kansas City metropolitan area.

2. **Marvin Vail** was the owner of Marvin's Tow Service. He exercised control over the company's business affairs, including payroll matters and paying expenses.

3. The Internal Revenue Service was an agency of the United States Department

of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

4. The Internal Revenue laws require employers to withhold taxes from their employees' paychecks, including federal income, Social Security, and Medicare taxes. This Information refers to these taxes collectively as "employment taxes." At all times relevant to this Information, Marvin's Tow Service was responsible for withholding employment taxes from its employees' paychecks.

5. Marvin's Tow Service was required to make deposits of the employment taxes to the IRS on a periodic basis, but no later than the last day of the month following the end of each quarter in the calendar year. In addition, Marvin's Tow Service was required to file, on the last day of the month following the end of each quarter in the calendar year, an Employer's Quarterly Federal Tax Return (Form 941), setting forth the total amount of employee wages and other compensation subject to withholding, the total amount of income taxes withheld, the total amount of Social Security and Medicare taxes withheld, and the total tax deposits.

6. As the owner of Marvin's Tow Service, **Marvin Vail** was a "responsible person," which means he had the corporate responsibility to collect, truthfully account for, and pay over to the IRS the employment taxes for Marvin's Tow Service.

7. Throughout the calendar years 2012, 2013, 2014, 2015, 2016, and 2017, Marvin's Tow Service was required to withhold employment taxes from its employees' paychecks, and thereafter to timely pay those taxes to the IRS. However, for those

calendar years, Marvin's Tow Service did not fully pay the employment taxes to the IRS. Instead, **Marvin Vail** used Marvin's Tow Service funds for other purposes, including personal expenses.

8.  Beginning with the first quarter of 2012, ending March 31, 2012, and continuing through the third quarter of 2017, ending September 30, 2017, **Marvin Vail** deducted and collected from the total taxable wages of his employees, federal income, Social Security, and Medicare taxes. The amount of employment taxes deducted and collected for each quarter was the following.

| Quarter | Amount |
|---|---|
| 1st Quarter 2012 | $37,204.55 |
| 2nd Quarter 2012 | $30,698.98 |
| 3rd Quarter 2012 | $41,891.15 |
| 4th Quarter 2012 | $40,603.16 |
| 1st Quarter 2013 | $55,378.56 |
| 2nd Quarter 2013 | $57,140.21 |
| 3rd Quarter 2013 | $89,156.80 |
| 4th Quarter 2013 | $89,509.38 |
| 1st Quarter 2014 | $110,686.56 |
| 2nd Quarter 2014 | $89,148.70 |
| 3rd Quarter 2014 | $100,666.60 |
| 4th Quarter 2014 | $78,572.98 |
| 1st Quarter 2015 | $90,898.32 |
| 2nd Quarter 2015 | $76,648.98 |
| 3rd Quarter 2015 | $95,332.38 |
| 4th Quarter 2015 | $75,029.24 |
| 1st Quarter 2016 | $96,091.96 |
| 2nd Quarter 2016 | $64,251.20 |
| 3rd Quarter 2016 | $80,345.40 |
| 4th Quarter 2016 | $80,058.84 |
| 1st Quarter 2017 | $62,344.50 |
| 2nd Quarter 2017 | $80,604.66 |
| 3rd Quarter 2017 | $78,183.68 |

# Count One

### Failure to Account for and Pay Over Employment Taxes
### [26 U.S.C. § 7202]

9. Each of the foregoing allegations is incorporated herein by reference.

10. That on or about January 31, 2017, in the District of Kansas, the defendant,

**MARVIN VAIL,**

willfully failed to truthfully account for and pay over to the Internal Revenue Service federal income, Social Security, and Medicare taxes from the wages of Marvin's Tow Service employees that were then due and owing to the United States for the quarter ending December 31, 2016, in the sum of approximately $80,058.84.

In violation of Title 26, United States Code, Section 7202.

KATE E. BRUBACHER
United States Attorney

 s/Scott C. Rask
Scott C. Rask
Assistant United States Attorney
United States Attorney's Office
500 State Avenue, Suite 360
Kansas City, Kansas   66101
(913) 551-6730
(913) 551-6541 (fax)
Scott.Rask@usdoj.gov
Kan. S. Ct. No. 15643

## **PENALTIES**

### **Count 1 [26 U.S.C. § 7202]**

- Punishable by a term of imprisonment of not more than five years.  26 U.S.C. § 7202.

- A term of supervised release of not more than three years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.  18 U.S.C. § 3013(a)(2)(A).

- Costs of prosecution.  26 U.S.C. § 7202.